**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUNCIL FOR OPPORTUNITY IN EDUCATION, | ) ) ) |
| Plaintiff, | ) ) ) No. 25-cv-3514 (TSC) |
| v. | ) No. 25-cv-3491 (TSC) ) |
| U.S. DEPARTMENT OF EDUCATION and LINDA MCMAHON, | ) ) ) |
| Defendants. | ) |

# [PROPOSED] MINUTE ORDER

1) Defendants' budget authority to obligate and disburse appropriated fiscal year 2025 funds in the Higher Education account is hereby extended temporarily until final action by the Court. Pending final action by the Court, Defendants must preserve all unobligated, and all obligated but undisbursed, fiscal year 2025 funds, in said Higher Education account in an amount no less than $41,000,000, sufficient to award new SSS grants and continuation awards in the event the Court grants Plaintiff's pending Motions for Preliminary Injunction and orders the Department to reconsider its denial and discontinuation decisions.

**So ordered.**

Dated: December _____, 2025.          _____
                                       The Honorable Tanya S. Chutkan
                                       United States District Judge