UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

**COUNCIL FOR OPPORTUNITY IN EDUCATION**

Plaintiff,

v.

**U.S. DEPARTMENT OF EDUCATION,** *et al.*,

Defendants.

</td><td>

Civil Action No. 25-cv-03491 (TSC)
Civil Action No. 25-cv-03514 (TSC)
(Consolidated Cases)

</td></tr>
</table>

## ORDER

For the reasons set forth in the court's accompanying Memorandum Opinion, SSS Case ECF No. 43, Defendants' Motions to Dismiss, SSS Case ECF No. 15; TRIO Case ECF No. 14, are **GRANTED** in part and **DENIED** in part. Specifically, the court **GRANTS** Defendants' motions with regard to COE's ultra vires claims, mandamus claims,[1] and standalone constitutional claims. Defendants' Motions are **DENIED** as to all other claims.

It is **FURTHER ORDERED** that COE's Motion for Leave to File Under Seal, SSS Case ECF No. 32, is **GRANTED**, and the unresolved portion of COE's Motion to Modify the Preliminary Injunction Order, SSS Case ECF No. 33, is **DENIED** without prejudice to the extent it seeks to expand relief beyond the 46 members included in the court's Modification Order, SSS Case ECF No. 41.

The Clerk of the Court shall file under seal the attachments to Plaintiff's Seal Motion, SSS Case ECF No. 32, as new and separate docket entries.

---

[1] COE's Motion for a Writ of Mandamus, TRIO Case ECF No. 2, is therefore **DENIED** as moot.

1

2

**SO ORDERED.**


Date: May 27, 2026

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge