UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUNCIL FOR OPPORTUNITY
IN EDUCATION,

        Plaintiff,

    v.

DEPARTMENT OF EDUCATION, et al.,

        Defendants.

Civil Action No. 25-3491 (TSC)
Civil Action No. 25-3514 (TSC)
(Consolidated Cases)

**NOTICE OF ERRATA REGARDING DEFENDANTS' MOTION FOR EXTENSION OF TIME AND OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE PRELIMINARY INJUNCTION (ECF Nos. 45, 50)**

Defendants Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, "Defendants"), respectfully file this notice of errata to revise a sentence in Defendants' motion for extension of time ("extension motion") (ECF No. 45) and opposition to Plaintiff's motion for expedited briefing of motion to enforce preliminary injunction ("opposition") (ECF No. 50).

In the extension motion, Defendants stated "[a]s discussed with Plaintiff's counsel, the agency has agreed to consider the requests for reconsideration and any supporting documentation provided by Plaintiff's members, including those members who failed to timely respond to the agency's request for additional information, and the agency agreed to issue decisions by no later than July 17, 2026 (thirty days from the reconsideration deadline)." Extension Mot. (ECF No. 45) at 2. Defendants revise the sentence and state the following: "The agency previously agreed to consider the requests for reconsideration and issue decisions by no later than July 17, 2026 (thirty days from the reconsideration deadline)."

In the opposition, Defendants stated "[a]s has been explained to Plaintiff's counsel, during the meet and confer session on June 9, 2026, the agency agreed to consider the requests for reconsideration and any supporting documentation provided by Plaintiff's members, including those members who failed to timely respond to the agency's request for additional information, and agreed to issue decisions by no later July 17, 2026 (thirty days from the reconsideration deadline)." Opp. (ECF No. 50) at 1-2.  Defendants revise the sentence and state the following: "The agency previously agreed to consider the requests for reconsideration and issue decisions by no later July 17, 2026 (thirty days from the reconsideration deadline)."

Dated:  June 11, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Stephanie R. Johnson*_____
    STEPHANIE R. JOHNSON,
     D.C. Bar # 1632338
    Assistant United States Attorney
    Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*