**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COUNCIL FOR OPPORTUNITY IN EDUCATION,** | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-3491-TSC |
| v. | ) | Case No. 1:25-cv-3514-TSC |
| **U.S. DEPARTMENT OF EDUCATION,** *et al.*, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff the Council for Opportunity in Education ("COE") and Defendants the U.S. Department of Education and Secretary Linda McMahon (the "Department") met and conferred following the Court's July 14, 2026 minute order and agreed to the following:

A. Renewed Motion to Enforce: On August 17, 2026, COE intends to file a renewed motion to enforce the Court's preliminary injunction order (Docs. 46 (sealed), 47 (redacted)) seeking vacatur of the relevant May 19, 2026 termination decisions and the August 3, 2026 reconsideration decisions. COE maintains that the May 19 terminations violated the preliminary injunction, and asserts that the August 3 decisions merely affirmed the May 19 terminations. In an effort to avoid additional delay of the Court's final judgment on the merits, however, COE does not intend to seek further reconsideration decisions pursuant to the Court's preliminary injunction, and instead intends to seek such relief at the summary judgment stage. The Department opposes the renewed motion and agreed to submit its opposition to the renewed motion within 14 days of COE's renewed motion, on August 31, 2026. COE does not intend to file a reply brief, but reserves its right to do so within 7 days of the Department's opposition.

B. Supplemental Complaints: The parties agreed that COE may file a supplemental complaint in both cases no later than Friday, August 21, 2026, that will set out "any transaction, occurrence or event that happened after the date of the" operative complaints, including decisions and actions following the Court's preliminary injunction. Fed. R. Civ. P. 15(d). The parties agreed that the Department will not file a responsive pleading (either an answer or Rule 12 motion) to COE's supplemental complaints. The parties agreed that the Department may raise defenses, including but not limited to jurisdictional defenses, to any claims in the supplemental complaints at the summary judgment stage.

C. Administrative Record:

1. The Department has filed a certified index of the administrative record with the Court pertaining to the claims in COE's complaint in the TRIO case. *See* Doc. 64.

2. Within 14 days of COE's filing of supplemental complaints in both cases, the Department will file a consolidated certified index of the administrative record with the Court. The Department's counsel will produce the administrative record to counsel for COE on the same date.

3. Within 7 days of the Department's filing of the consolidated certified index of the administrative record and COE's counsel's receipt of the administrative record, the parties will meet and confer regarding the contents of the administrative record in attempt to resolve any remaining disputes.

4. Within 14 days of the meet and confer, the parties will apprise the Court whether there is any remaining dispute about the contents of the administrative record. If there is no such dispute, the parties will propose a summary judgment briefing schedule.

5. To that end, the parties propose to file a joint status report on September 18, 2026 which will inform the Court whether there is any dispute about the administrative record in this case. If no such dispute exists, the parties will propose a summary judgment briefing schedule.

D. Settlement: During the meet and confer, the parties discussed settlement and counsel for COE proposed certain terms. Counsel for the Department will respond to COE's counsel regarding the possibility of entering settlement negotiations by Friday, August 21, 2026 and its position on whether Court-sponsored alternative dispute resolution may be helpful in resolving this litigation. The parties agree to provide an update on settlement in a joint status report no later than August 28, 2026.

Dated: August 14, 2026

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Brandt P. Hill*
Brandt P. Hill (*Pro hac vice*)
Lorrie L. Hargrove (*Pro hac vice*)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com
lhargrove@thompsoncoburn.com

Jayna Marie Rust (D.C. Bar No. 998326)
1909 K Street N.W., Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

*Counsel for the Council for Opportunity in Education*

JEANINE FERRIS PIRRO
*United States Attorney*

By: /s/ Michael Yohannan
MICHAEL YOHANNAN

PA Bar # 307575
Assistant United States
Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*