**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COUNCIL FOR OPPORTUNITY IN EDUCATION,** | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-3491-TSC |
| v. | ) | Case No. 1:25-cv-3514-TSC |
| **U.S. DEPARTMENT OF EDUCATION,** *et al.*, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having reviewed Plaintiff's and Defendants' August 14, 2026 Joint Status Report, the Court orders the following:

1) Plaintiff is to file a supplemental complaint in Case Nos. 1:25-cv-3491 and 1:25-cv-3514 by Friday, August 21, 2026;

2) The parties shall file a joint status report on Friday, August 28, 2026 updating the Court regarding settlement negotiations and advising the Court whether the parties believe court-sponsored alternative dispute resolution might be helpful in resolving this litigation;

3) Defendants are to file an opposition to Plaintiff's forthcoming renewed motion to enforce by Monday, August 31, 2026 or within 14 days after the renewed motion to enforce is filed, whichever is later;

4) Within 14 days of the filing of the supplemental complaints, Defendants will file a consolidated certified index of the administrative record with the Court and produce the administrative record to counsel for COE on the same date;

5) The parties shall confer and file a joint status report on September 18, 2026

informing the Court whether there is any dispute about the administrative record in this case and proposing either a briefing schedule for discovery motions or motions for summary judgment.

Tanya S. Chutkan
United States District Judge