**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COUNCIL FOR OPPORTUNITY IN EDUCATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-3491-TSC |
| v. | ) | Case No. 1:25-cv-3514-TSC |
| | ) | |
| **U.S. DEPARTMENT OF EDUCATION,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the joint motion to stay briefing (Doc. 70), and the Court's August 21, 2026 Minute Order, Plaintiff the Council for Opportunity in Education ("COE") and Defendants the U.S. Department of Education and Secretary Linda McMahon (the "Department") jointly state that the parties have engaged in settlement negotiations and made progress towards a resolution during the past three weeks. The parties propose extending the stay until Monday, September 28, 2026, at which time the parties propose filing a joint status report to update the Court regarding the status of settlement negotiations if the parties have not reached an agreement and proposing a new schedule if necessary.

Dated: September 10, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

**THOMPSON COBURN LLP**

*/s/ Brandt P. Hill*
Brandt P. Hill (*Pro hac vice*)
Lorrie L. Hargrove (*Pro hac vice*)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com
lhargrove@thompsoncoburn.com

Jayna Marie Rust
(D.C. Bar No. 998326)
1909 K Street N.W., Suite 600

*Attorneys for the United States of America*

Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

*Counsel for the Council for Opportunity in Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I served the foregoing document on all counsel of record using the Court's CM/ECF system.

*/s/ Brandt P. Hill*
Of Counsel