**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COUNCIL FOR OPPORTUNITY IN EDUCATION,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION,** *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-3491-TSC<br>Case No. 1:25-cv-3514-TSC |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the September 10, 2026 joint status report (Doc. 71), and the Court's September 22, 2026 Minute Order, Plaintiff the Council for Opportunity in Education and Defendants the U.S. Department of Education and Secretary Linda McMahon jointly state that the parties have continued to engage in settlement negotiations and have made substantial progress towards a resolution. The parties propose extending the stay until Friday, October 2, 2026, at which time the parties will file a joint status report advising whether an agreement has been reached. In the event a settlement agreement is not reached by October 2, the parties do not intend to continue further settlement negotiations and will propose in the joint status report a schedule governing future proceedings.

Dated: September 28, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
601 D Street, N.W.

**THOMPSON COBURN LLP**

*/s/ Brandt P. Hill*
Brandt P. Hill (*Pro hac vice*)
Lorrie L. Hargrove (*Pro hac vice*)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com

Washington, D.C. 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

lhargrove@thompsoncoburn.com

Jayna Marie Rust
(D.C. Bar No. 998326)
1909 K Street N.W., Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

*Counsel for the Council for Opportunity in Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I served the foregoing document on all counsel of record using the Court's CM/ECF system.

*/s/ Brandt P. Hill*
Of Counsel