**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **COUNCIL FOR OPPORTUNITY IN EDUCATION,** | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-3491-TSC |
| v. | ) | Case No. 1:25-cv-3514-TSC |
| **U.S. DEPARTMENT OF EDUCATION,** *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Council for Opportunity in Education ("**Plaintiff**") and Defendants U.S. Department of Education and Secretary of Education Linda McMahon ("**Defendants**") (together, "**the Parties**") advise the Court that the Parties have reached a settlement of the above-captioned cases (the "**Civil Actions**").

The Parties negotiated and entered into a Settlement Agreement on September 30, 2026. Following Defendants' compliance with certain terms of the Settlement Agreement, and on or before sixty-five (65) calendar days from the date of the Settlement Agreement, Defendants will file a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with the Court that will dismiss the Civil Actions with prejudice. The Stipulation of Dismissal will reflect that the Parties agree that the Court retains ongoing and ancillary jurisdiction over the Civil Actions for the purposes of interpreting and enforcing the terms and conditions of the Settlement Agreement, for a period of twelve (12) months from the date the Stipulation of Dismissal is filed.

Dated: September 30, 2026

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael E. Yohannan*
MICHAEL E. YOHANNAN
PA Bar #307575
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for the United States of America*

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Brandt P. Hill*
Brandt P. Hill (*Pro hac vice*)
Lorrie L. Hargrove (*Pro hac vice*)
2311 Highland Avenue, Suite 330
Birmingham, Alabama 35205
P. (205) 769-4303
E. bhill@thompsoncoburn.com
lhargrove@thompsoncoburn.com

Jayna Marie Rust
(D.C. Bar No. 998326)
1909 K Street N.W., Suite 600
Washington, D.C. 20006
P. (202) 585-6929
E. jrust@thompsoncoburn.com

*Counsel for the Council for Opportunity in Education*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I served the foregoing document on all counsel of record using the Court's CM/ECF system.

*/s/ Brandt P. Hill*
Of Counsel